# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE AND LYNN CARSTENSEN,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 05-CV-1076 W (WMc)<br><br>**ORDER GRANTING JOINT MOTION** |

On August 30, 2007, the parties jointly moved to dismiss the case with prejudice. Good cause appearing, the court hereby **GRANTS** the motion and **DISMISSES** the case **WITH PREJUDICE**. The Clerk shall close the case file.

**IT IS SO ORDERED.**

DATED: September 4, 2007

Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28